IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT CRUZ-RIVERA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No. 1:21-cv-213-AW-GRJ**

**T-MOBILE, et al.,**

    **Defendants.**

_____/

### ORDER REGARDING REPORT AND RECOMMENDATION AND SERVICE OF DEFENDANTS

Robert Cruz-Rivera, a pro se prisoner, sued T-Mobile, three individuals he says works for T-Mobile, and an agent of the United States Marshals Service. The magistrate judge issued a report and recommendation, which concluded Cruz-Rivera's claims against the three T-Mobile employees should be dismissed for failure to prosecute, failure to effect service of process, and failure to comply with a court order. ECF No. 33. The magistrate judge had ordered Cruz-Rivera to provide service addresses for these three defendants—none of whom has been served—and Cruz-Rivera did not comply.

Cruz-Rivera filed objections. ECF No. 34. He does not contend that he did provide addresses, and he does not contend that he otherwise complied with the court's order. Instead, he contends he never received the order because he was in solitary confinement or otherwise not receiving his mail.

1

I will accept this explanation and not dismiss at this time. But it remains Cruz-Rivera's obligation to provide these addresses, without which service cannot be effected. Therefore, Cruz-Rivera must file a notice with the addresses. If he does not do so within 30 days, the claims against these defendants will be dismissed without further notice.

The report and recommendation (ECF No. 33) is set aside.

SO ORDERED on July 8, 2022.

                                       s/ *Allen Winsor*
                                       United States District Judge